UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NORTH SEA BRENT CRUDE OIL FUTURES LITIGATION | Master File No. 13-md-02475-ALC-SN<br><br>ECF Case |
| FTC CAPITAL GMBH, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROYAL DUTCH SHELL PLC, BP PLC, STATOIL ASA, MORGAN STANLEY, TRAFIGURA BEHEER B.V., TRAFIGURA AG, PHIBRO TRADING LLC, VITOL, S.A. and JOHN DOES 1-50,<br><br>Defendants. | Case No. 13 Civ. 8151 |

### NOTICE OF MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL

**PLEASE TAKE NOTICE** that upon the motion of Plaintiff FTC Capital GMBH, the Memorandum of Law in Support of Motion of Plaintiffs Neil Taylor, Kevin McDonnell, Anthony Insinga, Robert Michiels, and John Devivo for Appointment of Interim Lead Counsel, dated November 20, 2013, the accompanying Declaration of Michael M. Buchman, dated November 20, 2013, Plaintiff FTC Capital GMBH, will hereby move this Court before the Honorable Sarah Netburn at the United States Courthouse for the Southern District of New York, Thurgood Marshall Courthouse, 40 Foley Square, for an Order pursuant to Fed. R. Civ. P. 23(g) appointing the law firm of Kirby McInerney LLP as Interim Lead Counsel in this matter.

Dated:  November 20, 2013
        New York, New York

                                            Respectfully submitted,

                                            By: _____

                                                 Michael M. Buchman

John A. Ioannou
**MOTLEY RICE LLC**
600 Third Avenue, Suite 2101
New York, New York 10016
Telephone: (212) 577-0050
Fax: (212) 577-0054

***Counsel for Plaintiff FTC Capital GmbH***